**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 21-122 |
| | ) | |
| GEORGE VLASTOS, | ) | Judge Cathy Bissoon |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

For reasons stated on the record at the Hearing on September 9, 2024, it is hereby

ORDERED that Defendant's bond is **REVOKED**, and he shall be detained pending sentencing.

In sum, Defendant has been convicted of crimes for which incarceration pending sentencing is

presumptive, and Defendant's bond violations were uncontested.  The undersigned found

Defendant's rebuttals unconvincing, and incarceration is warranted.  The only outstanding issue

has been a pretrial detention facility's ability to reasonably accommodate Defendant's medical

needs.

As reflected in Defendant's recent Motion (**Doc. 86**), personnel at the Butler County

Prison ("BCP") have confirmed its ability.  The medical director has indicated that BCP will be

able to refill Defendant's prescription medication(s); and the warden has advised that BCP will

accept Defendant's NeuroPace tablet, and Defendant will be able to perform the necessary

functions.  Accordingly, Defendant's Motion for placement at BCP is **GRANTED**,

and Defendant shall be detained there pending sentencing.

Defendant's second Motion (**Doc. 85**) requests that the U.S. Marshals Service

("the Marshal") deliver Defendant's NeuroPace tablet and scanning device ("the Device")

to BCP.  The request is **GRANTED**, and the Device shall be delivered, along with Defendant,

to the facility.  The Motion also requests that BCP's administration be directed to accept delivery of the Device, and allow Defendant daily access.  These requests also are **GRANTED**, although Defendant's usage is subject to BCP's applicable rules, regulations and/or guidelines.

In light of the foregoing, the Hearing scheduled for **<u>September 25, 2024 at 10:00 a.m.</u>** is **CANCELLED**.  Instead, **<u>at that date and time</u>, Defendant shall report to the Marshal's Office** (second floor, Courthouse, Room Number 241) for immediate surrender.

Defendant's counsel shall accompany him, to facilitate/confirm transfer of the Device.

IT IS SO ORDERED.

September 24, 2024

s\Cathy Bissoon_____
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record